# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2019

*The Court of Appeals hereby passes the following order:*

**A18A1571. IN THE INTEREST OF A. B.,  A CHILD.**

We granted the father's application for discretionary review of the order of the juvenile court terminating his parental rights. After careful review of the entire record in this case, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/21/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*